

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,825-01

### EX PARTE GREGORY LOPEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR2012-396-2 IN THE 207TH DISTRICT COURT FROM COMAL COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of continuous sexual abuse of a young child and sentenced to fifty years' imprisonment. The Third Court of Appeals affirmed his conviction. *Lopez v. State*, No. 03-13-00852-CR (Tex. App.—Austin Oct. 1, 2015) (not designated for publication).

Applicant contends that appellate counsel failed to notify him that his conviction had been affirmed. Appellate counsel filed an affidavit. Based on that affidavit, the trial court has entered

findings of fact and conclusions of law that appellate counsel failed to notify Applicant that his conviction was affirmed. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Third Court of Appeals in cause number 03-13-00852-CR that affirmed his conviction in cause number CR2012-396 from the 207th District Court of Comal County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered:    September 12, 2018
Do not publish